[No. 16355-1-II.    Division Two.    February 23, 1995.]

DAVID BEAL, ET AL, *Respondents*, v. JOHN M. AEXEL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 90-2-00325-8, James D. Roper, J., entered August 17, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Utter, J. Pro Tem.

[No. 17208-9-II.    Division Two.    February 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES A. VANCE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00730-2, M. Karlyn Haberly, J., entered May 21, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Petrich, J. Pro Tem.

[No. 16739-5-II.    Division Two.    February 23, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL ARNOLD WETHERBEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-1-00879-0, Rosanne Buckner, J., entered December 15, 1992. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan, J., and Alexander, J. Pro Tem.